1  JAENAM J. COE  (SBN #175920)
2  LAW OFFICES OF JAENAM COE PC
   3660 Wilshire Blvd. Suite 524
3  Los Angeles, CA  90010

**JS-6**

4
   Telephone:  213-389-1400
5  Telefax:      213-387-8778
6  Attorney for DERRYL HUDSON

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  DERRYL HUDSON, an individual and dba POWER N SPEED; | Case No. CV08-1108 ABC |
| 12                      Plaintiff, | |
| 13  vs. | **ORDER REMANDING CASE** |
| 14  SHANE MOSLEY, an individual; DOES 1 through 100, inclusive, | |
| 15 | |
| 16 | |
| 17                      Defendants. | |
| 18 | |

19

20     Based on the Stipulation of the Parties filed concurrently herein, it is,

21     Ordered that the terms and conditions of the Stipulation are so ordered, and the

22

23     case shall be remanded to Superior Court of California, Central District-Stanley

24     Mosk Courthouse, where the case was filed originally.

25

26  Dated: 9/2/08                    _____
27                                              United States District Judge
                                                  AUDREY B. COLLINS
28

-1-

ORDER REMANDING CASE                                             cv08-1101ABC

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to nor interested in the within action; my business address is 3660 Wilshire Blvd. Suite 524, Los Angeles, California 90010.

On September 2, 2008, I served the within Order on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows :

Jeffrey Spitz, Esq.
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Judd Bursetin PC
1790 Broadway
New York, NY 10019

(x) BY MAIL: as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) BY PERSONAL DELIVERY: I caused such envelope to be delivered by hand.

( ) BY FACSIMILE: I personally sent to the addressee's facsimile number as listed above a true copy of the above described documents. Thereafter, I sent a true copy in a sealed envelope addressed and mailed as indicated above.

( ) (STATE) I declare under penalty under the laws of the State of California that the above is true and correct.

(x) (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 2, 2008, at Los Angeles, California.

_____
Michelle Shin